CASH *et al.* v. PEYTON.

GILBERT, J. 1. The verdict is supported by evidence.

2. Construing the charge as a whole, there was no material error; nor can the language employed be said to have misled the jury, though the language in several excerpts upon which error is assigned can be properly subjected to verbal criticism.

3. The grounds of the motion which complain of the admission of evidence do not show error.          *Judgment affirmed. All the Justices concur.*

*J. J. & Sam Kimzey,* for plaintiffs in error.

